# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Edwin Ortiz

                            Plaintiff,

v.                                             Case No.: 1:24−cv−11057

                                             Honorable Robert W. Gettleman

Reynaldo Guevara, et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 18, 2025:

      MINUTE entry before the Honorable M. David Weisman: Plaintiff's brief response to Defendants' motion for protective order [77] is due by 6/20/25, and no reply unless directed by the Court. Ruling set for 7/1/25 at 9:15 a.m. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.