**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| EDWIN ORTIZ, | |
| Plaintiff, | Case No. 24-cv-11057 |
| v. | Hon. Robert W. Gettleman |
| REYNALDO GUEVARA et al., | Hon. David Weisman |
| Defendants. | |

## JOINT STATUS REPORT

Under the Court's August 12, 2025 order, ECF No. 101, plaintiff Edwin Ortiz and defendants Reynaldo Guevara, Aubrey O'Quinn, Steven Gawrys, Edward Mingey, Ralph Vucko, Kriston Kato, Ricardo Abreu, William Rooney, Ronald Rewers, and the City of Chicago submit the following joint status report:

### 1. Progress of Fact Discovery

The parties have exchanged written discovery requests and written responses to those requests. A Qualified HIPAA and Mental Health Protective Order was entered on August 7, 2025. Defendant Officers recently served nine third-party subpoenas seeking records from Plaintiff's incarceration at the juvenile detention center, Cook County Jail, and the Illinois Department of Corrections and records from Plaintiff's criminal defense attorneys, including his post-conviction counsel. Those subpoenas are outstanding. The parties have produced non-confidential documents called for by the Rule 34 requests. The parties submitted a proposed confidentiality/protective order yesterday. Once that order has been entered, the parties will produce confidential documents.

**2. Discovery Disputes**

There are no pending discovery disputes.

**3. Next Hearing Date**

The parties propose the next status occur on July 24, 2026, one month before close of fact discovery, with an interim status report due January 26, 2026.

Dated: October 28, 2025

Respectfully submitted,

<div style="display:flex">

**Edwin Ortiz**

By: /s/ *Alison R. Leff*
    *One of His Attorneys*

Jon Loevy
Anand Swaminathan
Steve Art
Sean Starr
Alison R. Leff
LOEVY + LOEVY
311 N Aberdeen St, 3rd Fl
Chicago, IL 60607
(312) 243-5900
alison@loevy.com


**Reynaldo Guevara**

By: /s/ *Andrea F. Fabian-checkai*
    *One of His Attorneys*

Ananda Guertler
Andrea F. Fabian-checkai
Christiane Murray
Drew Wycoff
Emily Schnidt
Graham P. Miller
Katherine E. Wilkie
Misha Itchhaporia
Molly Boekloo
Steven B. Borkan
Timothy P. Scahill
Whitney Hutchinson
BORKAN & SCAHILL, LTD.
20 S Clark St, Ste 1700
Chicago, IL 60603
(312) 580-1030

</div>

**Aubrey O'Quinn, Steven Gawrys, Edward Mingey, Ralph Vucko, Kriston Kato, Ricardo Abreu, William Rooney, and Ronald Rewers**

By: /s/ *Olivia T. Raimondi*
    *One of Their Attorneys*

James G. Sotos
Josh M. Enquist
Andrew Leuchtmann
Olivia T. Raimondi
THE SOTOS LAW FIRM, P.C.
141 W Jackson Blvd, Ste 1240A
Chicago, IL 60604
(630) 735-3300


**City of Chicago**

By: /s/ *Catherine M. Barber*
    *One of Its Attorneys*

Eileen E. Rosen
Andrew J. Grill
Austin G. Rahe
Catherine M. Barber
Lauren M. Ferrise
Martin W. McManaman
Sabrina Scardamaglia
Theresa B. Carney
Kelly A. Krauchun
ROCK FUSCO & CONNELLY, LLC
333 W Wacker Dr, 19th Fl
Chicago, IL 60606
(312) 494-1000