## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Edwin Ortiz

                    Plaintiff,

v.                                                    Case No.: 1:24–cv–11057
                                                      Honorable Robert W. Gettleman

Reynaldo Guevara, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 28, 2025:

      MINUTE entry before the Honorable M. David Weisman: The Court has reviewed the parties' joint status report [104], which indicates that the parties have exchanged written discovery requests and written responses and will produce confidential documents upon entry of the agreed confidentiality order (to be entered today), and Defendant Officers recently issued nine non–party subpoenas. The parties further report that they have no discovery issues to discuss. Status hearing set for 10/30/25 is stricken and reset to 6/16/26 at 9:15 a.m. Joint status report due by noon on 6/15/26. Interim joint status report due on 1/26/26 setting forth the status of written discovery and a list of anticipated depositions. Parties may appear in person or dial in using the Court's conference call–in number. The conference call–in number is 1–855–244–8681 and the access code is 2316 422 1828##. Mailed notice. (jn,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.