**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| EDWIN ORTIZ,<br>Plaintiff,<br>v.<br>REYNALDO GUEVARA et al.,<br>Defendants. | Case No. 24-cv-11057<br>Hon. Robert W. Gettleman<br>Hon. David Weisman |

# JOINT STATUS REPORT

Under the Court's October 28, 2025 order, ECF No. 106, plaintiff Edwin Ortiz and defendants Reynaldo Guevara, Aubrey O'Quinn, Steven Gawrys, Edward Mingey, Ralph Vucko, Kriston Kato, Ricardo Abreu, William Rooney, Ronald Rewers, and the City of Chicago submit the following joint status report:

**1. Status of Written Discovery**

The Court entered a Qualified HIPAA and Mental Health Protective Order, ECF No. 99, and a Confidentiality Protective Order, ECF No. 105. And earlier this month, the Court entered an order incorporating the Cook County State's Attorney's Office's supplemental language, over Plaintiff's objection, into the Confidentiality Protective Order. ECF No. 117.

The parties have exchanged written discovery requests and responses, and they have produced documents under the requests.

Defendant Officers served nine third-party subpoenas seeking records from Plaintiff's incarceration at the juvenile detention center, Cook County Jail, and the Illinois Department of Corrections and records from Plaintiff's criminal defense attorneys, including his post-conviction counsel. Plaintiff also served a document subpoena on the CCSAO.

In November and December, the jail, the IDOC, and Plaintiff's defense counsel responded to the subpoenas and produced documents. The CCSAO subpoenas and the subpoena for juvenile records remain outstanding.

On December 5, 2015, Defendants filed a motion in the Cook County criminal court for release of grand jury materials from Plaintiff's criminal prosecution that resulted in his alleged wrongful conviction. That motion was set for presentment on January 21, 2026. The court continued the motion to February 20, 2026, for hearing on the State's response.

**2. Anticipated Depositions**

Plaintiff anticipates taking the following depositions during fact discovery:

1. Defendant Reynaldo Guevara
2. Defendant Aubrey O'Quinn
3. Defendant Steven Gawrys
4. Defendant Edward Mingey
5. Defendant Ralph Vucko
6. Defendant Kriston Kato
7. Defendant Ricardo Abreu
8. Defendant William Rooney
9. Defendant Ronald Rewers
10. Representative of Defendant City of Chicago
11. Santiago Pagan (eyewitness)
12. G. Ephgrave (third party CPD officer)
13. E. Mizera (third party CPD officer)
14. J. Sparks (third party CPD officer)
15. J. Fallon (third party CPD officer)
16. Lindstrom (third party CPD officer)
17. R. Baike (evidence technician)
18. T. Clinton (evidence technician)
19. ASA Perona
20. ASA Thomas Rieck
21. ASA Cecil Partee
22. Shaku Teas (medical examiner)
23. Randi Pinkney
24. Tony Lombardo
25. Daniel Rodas
26. Jose Rios
27. Jose Quetell
28. Candido Morales

29. Gloria Hernandez
30. Derrick Grolston
31. Anthony Dombarao

Defendants anticipate talking the following depositions:

1. Plaintiff Edwin Ortiz
2. Joseph Lopez (Defense attorney)
3. Marvin Taylor (eyewitness);(if not deceased)
4. Santiago Pagan (eyewitness)
5. Randi Pinkney
6. Tony Lombardo
7. Daniel Rodas
8. Jose Rios
9. Jose Quetell
10. Candido Morales
11. Gloria Hernandez
12. Derrick Grolston
13. Anthony Dombarao
14. Maria Sanchez (sister of Plaintiff)
15. Pedro Aponte
16. Albert "Chino" Ojeda

Dated: January 26, 2026

Respectfully submitted,

**Edwin Ortiz**

By: /s/ *Alison R. Leff*
*One of His Attorneys*

Jon Loevy
Anand Swaminathan
Steve Art
Sean Starr
Alison R. Leff
LOEVY + LOEVY
311 N Aberdeen St, 3rd Fl
Chicago, IL 60607
(312) 243-5900
alison@loevy.com

**Aubrey O'Quinn, Steven Gawrys, Edward Mingey, Ralph Vucko, Kriston Kato, Ricardo Abreu, William Rooney, and Ronald Rewers**

By: /s/*Olivia T. Raimondi*
*One of Their Attorneys*

James G. Sotos
Josh M. Enquist
Andrew Leuchtmann
Olivia T. Raimondi
THE SOTOS LAW FIRM, P.C.
141 W Jackson Blvd, Ste 1240A
Chicago, IL 60604
(630) 735-3300

**Reynaldo Guevara**

By: /s/ *Katherine E. Wilkie*
*One of His Attorneys*

Ananda Guertler
Andrea F. Fabian-Checkai
Christiane Murray
Drew Wycoff
Emily Schnidt
Graham P. Miller
Katherine E. Wilkie
Misha Itchhaporia
Molly Boekeloo
Steven B. Borkan
Timothy P. Scahill
Whitney Hutchinson
BORKAN & SCAHILL, LTD.
20 S Clark St, Ste 1700
Chicago, IL 60603
(312) 580-1030

**City of Chicago**

By: /s/ *Catherine M. Barber*
*One of Its Attorneys*

Eileen E. Rosen
Andrew J. Grill
Austin G. Rahe
Catherine M. Barber
Lauren M. Ferrise
Martin W. McManaman
Sabrina Scardamaglia
Theresa B. Carney
ROCK FUSCO & CONNELLY, LLC
333 W Wacker Dr, 19th Fl
Chicago, IL 60606
(312) 494-1000